JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN TURNER,<br><br>          Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD,<br><br>          Respondent. | Case No. 2:96-cv-02844-FLA<br><br>**ORDER DISMISSING ACTION [DKT. 372]** |

1

1      On March 5, 2024, the parties filed a Stipulation to Dismiss Petitioner's Second Amended Petition for Writ of Habeas Corpus as Moot ("Stipulation").  Dkt. 372.  The parties state Petitioner Melvin Turner ("Petitioner") died of natural causes on February 24, 2024, and stipulate the subject Petition should be dismissed as moot.  *Id.* at 2 (citing *Griffey v. Lindsay*, 349 F.3d 1157 (9th Cir. 2003).  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

      1. All dates and deadlines governing this action are VACATED.

      2. The court DISMISSES the action as moot.

IT IS SO ORDERED.

Dated: March 8, 2024

                              FERNANDO L. AENLLE-ROCHA
                              United States District Judge